JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessie Zepeda, ) | Case No.:  CV 07-4881 DSF (MLG) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| James Walker, Warden, ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Pursuant to the Order Dismissing Jessie Zepeda's Petition for Writ of Habeas Corpus and Declining to Adopt the Report and Recommendation of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

Dated: June 25, 2008

_____
Dale S. Fischer
United States District Judge